UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――

RICHARD A. SCHELL and SHARON SCHELL,

            Plaintiff,

  -against-

RITZ-CARLTON HUNTINGTON HOTEL AND SPA, RITZ-CARLTON HOTEL COMPANY OF NEW YORK, INC., RITZ-CARLTON HOTEL COMPANY, LLC, RITZ-CARLTON MANAGEMENT COMPANY, LLC, RITZ-CARLTON SALES COMPANY, LLC and MARRIOTT INTERNATIONAL, INC.,

            Defendants.
――――――――――――――――――――――――X

JUDGE SCHEINDLIN

08 CV 2161

RULE 7.1 STATEMENT



MAR 04 2008
U.S.D.C. S.D. N.Y.
CASHIERS

    Defendants-Petitioners RITZ-CARLTON HUNTINGTON HOTEL AND SPA, RITZ-CARLTON HOTEL COMPANY, LLC, RITZ-CARLTON MANAGEMENT COMPANY, LLC, RITZ-CARLTON SALES COMPANY, LLC and MARRIOTT INTERNATIONAL, INC., by their attorneys, WHITE, FLEISCHNER & FINO, LLP, as and for their Rule 7.1 Statement, hereby alleges as follows:

    1.    MARRIOTT INTERNATIONAL is the parent corporation of all defendants. No other party owns greater than 10% of the subsidiaries' stock.

Dated: New York, New York
       March 4, 2008

                            Yours, etc.,

                            WHITE FLEISCHNER & FINO, LLP

                            By: _____
                            DANIEL M. STEWART (DS 7989)
                            Attorneys for Defendants
                            61 Broadway - 18th Floor
                            New York, New York 10006

(212) 487-9700
Our File No.: 143-13194-D-PAF/DMS

TO:     (See Attached Affidavit)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Wendy Jantz, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on March 4, 2008, deponent served the within **RULE 7.1 STATEMENT,** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

M. Sean Duffy, Esq.
SCARCELLA LAW OFFICES
44 Church Street, Suite 150
White Plains, New York 10601
(914) 682-1400

_____
Wendy Jantz

Sworn to before me this
4th day of March, 2008

_____

N. YVONNE MIRANDA
Notary Public - State of New York
NO. 01MI6109672
Qualified in New York County
My Commission Expires 5-17-09

Docket No.:                  Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD A. SCHELL and SHARON SCHELL,
                 Plaintiff,

-against-

RITZ-CARLTON HUNTINGTON HOTEL AND SPA, RITZ-CARLTON HOTEL COMPANY OF NEW YORK, INC., RITZ-CARLTON HOTEL COMPANY, LLC, RITZ-CARLTON MANAGEMENT COMPANY, LLC, RITZ-CARLTON SALES COMPANY, LLC and MARRIOTT INTERNATIONAL, INC.,
                 Defendants.

---

## RULE 7.1 STATEMENT

---

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for DEFENDANTS, RITZ-CARLTON HUNTINGTON HOTEL AND SPA, RITZ-CARLTON HOTEL COMPANY, LLC, RITZ-CARLTON MANAGEMENT COMPANY, LLC, RITZ-CARLTON SALES COMPANY, LLC, and MARRIOTT INTERNATIONAL, INC.*
**61 BROADWAY
NEW YORK, N.Y. 10006
(212) 487-9700**

---

To:
Attorney(s) for

---

Service of a copy of the within      is hereby admitted.
Dated:

                                                ...........................
                                                Attorney(s) for

---

PLEASE TAKE NOTICE

☐    that the within is a (certified) true copy of a
      entered in the office of the clerk of the within named Court on
NOTICE OF
ENTRY

☐    that an Order of which the within is a true copy will be presented for settlement to the Hon.
      one of the judges of the within named Court, at , on , at  .
NOTICE OF
SETTLEMENT
Dated:

                                               **WHITE FLEISCHNER & FINO, LLP**
                          *Attorneys for*

                                            **61 BROADWAY
NEW YORK, N.Y. 10006**