**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RICHARD & SHARON SCHELL

          **Plaintiff,**

          - against -

RITZ-CARLETON HUNTINGTON HOTEL, et al.

          **Defendant(s).**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

**SCHEDULING ORDER**

08 Civ. 2161 (SAS)

Conference Date: April 7, 2008

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on March 19, 2008 (the "Order); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties; April 7, 2008. M. Sean Duffy, Esq, Scarcella Law Offices for Plaintiffs and Jennifer L. Coviello, Esq, White Fleischner & Fino, LLP for Defendants Ritz-Carleton Huntington Hotel & Spa, Ritz-Carleton Hotel Co, LLC, Ritz-Carleton Management Co, LLC, Ritz-Carleton Sales Co., LLC and Marriott Int'l, Inc

(2) a concise statement of the issues as they then appear; Plaintiffs' allege slip/trip and fall resulting in personal injuries (Richard)

(3) a schedule including: torn meniscus left knee / surgery - '03

   (a) the names of persons to be deposed and a schedule of planned depositions; MAY-JUNE
      Plaintiff Richard Schell
      Plaintiff Sharon Schell
      An employee of Defendants with personal knowledge of the incident/alleged condition

   (b) a schedule for the production of documents; On or before May 7, 2008    June/July

   (c) dates by which (i) each expert's reports will be supplied to the adverse side and July 7, 2008
      (ii) each expert's deposition will be completed; August 7, 2008

   (d) time when discovery is to be completed; ~~September 17, 2008~~

   (e) the date by which plaintiff will supply its pre-trial order matters to defendant; ~~October 8, 2008~~ 9/17

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

NOVEMBER 7, 2008     10/8

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

8/21 at 4:30

(leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

NONE AT THIS TIME

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

NONE AT THIS TIME

(6) anticipated fields of expert testimony, if any;

MEDICAL, ENGINEERING

(7) anticipated length of trial and whether to court or jury;

ONE WEEK; By JURY

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

M Sean Duffy, ESQ
Scarello Law Offices
44 Church Street, Suite 150
White Plains, N.Y. 10601
(914) 682-1400

JENNIFER L. COSTELLO
White Fleischner & Fino, LLP
61 Broadway, 18th Floor
New York, NY 10006
(212) 487-9700

SO ORDERED:

SHIRA A. SCHEINDLIN
U.S.D.J.

4/7/08