USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD A. SCHELL, et al.,

                                 Plaintiffs,

            - against -

RITZ-CARLTON HUNTINGTON
HOTEL AND SPA, et al.,

                                Defendants.

**ORDER**

08 Civ. 2161 (SAS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on June 3, 2008,

**IT IS HEREBY ORDERED THAT** the Parties appear for a conference before the Court on **August 5, 2008, at 2:30 p.m.**

**SO ORDERED this 3rd day of June 2008**
New York, New York

                                                                          */s/ Ronald L. Ellis*
                                                                          The Honorable Ronald L. Ellis
                                                                          United States Magistrate Judge