```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD A. SCHELL, et al.,

                      Plaintiffs,

        - against -

RITZ-CARLTON HUNTINGTON
HOTEL AND SPA, et al.,

                    Defendants.

ORDER

08 Civ. 2161 (SAS) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

      The above case, previously scheduled for a settlement conference on Tuesday, August 5, 2008, at 2:30pm., is adjourned to Tuesday, August 12, 2008, at 2:30 p.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

SO ORDERED this 1st day of July 2008
New York, New York

                                                           The Honorable Ronald L. Ellis
                                                           United States Magistrate Judge