# WHITE FLEISCHNER & FINO, LLP

61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

August 07, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-11-08

**BY HAND DELIVERY**

Hon. Magistrate Judge Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
AUG - 8 2008
CHAMBERS
RONALD L. ELLIS
U.S.M.J.

Re:   Schell v. Ritz Carlton, etal.
      Docket No.: 08 CV 2161 (SAS)(RLE)
      Our File No.: 143-13194-D-PAF/DMS

Dear Judge Ellis:

My office represents the Defendants in this matter.

This letter is written to request a short adjournment of the settlement conference currently scheduled to take place on August 12, 2008. No prior requests have been made to adjourn this conference, though the date was previously changed to accommodate the Court's schedule. I have the consent of plaintiff's counsel, Sean Duffy, for this request.

Defendants request the adjournment in order to evaluate the case more carefully, to make the settlement conference more productive. We have had difficulty getting plaintiff's Workers' Compensation file from the carrier, Liberty Mutual. However, plaintiff's counsel was kind enough to send us a copy of the records in their possession yesterday, which I have in turn sent to my principal for review. If possible, we request an additional two weeks to review the records for purposes of settlement.

Provided Your Honor's calendar will allow it, we request that the conference be re-scheduled for August 25, 26, or 27, or a date shortly after Labor Day.

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW YORK   •   GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND

Hon. Magistrate Judge Ronald L. Ellis
August 07, 2008
Page 2

Thank you for your kind consideration.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

Daniel M. Stewart
dstewart@wff-law.com

DMS/wj

cc: **VIA FACSIMILE ONLY (914) 948-2255**
M. Sean Duffy, Esq.
SCARCELLA LAW OFFICES
44 Church Street, Suite 150
White Plains, New York 10601
(914) 682-1400

> Conference adjourned to 8/26/08 at 2:30pm
>
> **SO ORDERED**
> Ronald Ellis 8-11-08
> MAGISTRATE JUDGE RONALD L. ELLIS